# UNITED STATES BANKRUPTCY COURT

## FOR THE

### EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

In the Matter of:

    KAREN DENISE LOGAN
            Debtor

Chapter 13

Case No.  11-10086-BFK

## ORDER GRANTING MOTION TO MODIFY
## AND
## AMENDED ORDER CONFIRMING MODIFIED PLAN

       This matter came before the Court for hearing on the Trustee's Motion to Modify on May 23, 2013.  Upon consideration of the Trustee's motion, it appears that the Trustee's Motion to Modify is proper, and is hereby **GRANTED**.

       The Modified Chapter 13 Plan filed by Karen Denise Logan on February 25, 2011, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. Section 1325(a);

**It is ORDERED that:**

    (1)    the Plan as filed or modified is CONFIRMED.

    (2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

    (3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.

1

**Order Granting Motion to Modify and Amended Order Confirming Modified Plan**
Karen Denise Logan
**Case #11-10086-BFK**

(4)     On February 5, 2011, and each month thereafter until further order of this Court, the Debtor shall pay to the Trustee, Thomas P. Gorman at P.O. Box 1553, Memphis, TN  38101-1553 the sum of $1,660.00 per month for 28 months, then $2,060.00 per month for 32 months. Payments under said Plan to be completed within 60 months from the due date of the first payment in this case.

(5)     The Debtor shall file all federal and state income tax returns on or before the due date, without extension, and provide the Trustee with signed copies of the returns within 7 days after they are filed and provide the Trustee such additional information as the Trustee may require for determination of the Debtor's disposable income.  Failure to timely comply with this provision shall be grounds for dismissal.

(6)     Any lien avoidance actions(s) contemplated by Section 7(B) of the Plan must be made by the filing of an Adversary Proceeding no later than sixty(60) days from the date of the entry of this Order.

(7)     The Debtor(s) shall comply with the agreed modifications of page four of the Order Confirming Plan.

Dated: May 24 2013

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: May 29, 2013

Confirmation Recommended.                    Seen and Agreed:


_/s/ Thomas P. Gorman_____          _/s/ Richard G. Hall_____
Thomas P. Gorman                          Richard G. Hall, Esq.
Chapter 13 Trustee                        Counsel for Debtor
300 North Washington Street, Ste. 400     7369 McWhorter Place, Ste. 412
Alexandria, VA 22314                  Annandale, VA 22003
(703) 836-2226
VSB #26421


<u>Local Rule 9022-1(C) Certification</u>

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Thomas P. Gorman_____
Thomas P. Gorman, Chapter 13 Trustee

**ADDENDUM TO PLAN AND CONSENT ORDER CONFIRMING PLAN, page 3**
**Chapter 13 Case 11-10086-BFK**
**Karen Denise Logan**

      The Debtor(s) shall furnish the Trustee annual federal and state income tax returns within forty five (45) days of the due date of such returns for each year of the Chapter 13 case,  plus federal and state income tax refunds in the excess of $250.00 per annum unless otherwise ordered by this Court.  In addition, the Debtor shall furnish the Trustee any such amount(s) as are hereafter determined by the Court to be disposable income of the Debtor(s) during the pendency of this proceeding and any additional information as the Trustee may require for determination of the Debtors disposable income.  Failure to comply with this provision shall be grounds for dismissal.


_/s/ Karen Denise Logan_____
Karen Denise Logan


_/s/ Richard G. Hall_____
Richard G. Hall, Esq.


_/s/Thomas P. Gorman_____
Thomas P. Gorman

**Order Granting Motion to Modify and Amended Order Confirming Modified Plan**
Karen Denise Logan
**Case #11-10086-BFK**


**PARTIES TO RECEIVE COPIES**


Karen Denise Logan
Chapter 13 Debtor
3104 Hemlock Point Court
Triangle, VA 22172


Richard G. Hall, Esq.
Attorney for Debtor
7369 McWhorter Place
Ste. 412
Annandale, VA 22003


Thomas P. Gorman
Chapter 13 Trustee
300 North Washington Street, Ste. 400
Alexandria, VA  22314